# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| WENDY HULBURT,<br><br>    Plaintiff,<br><br>v.<br><br>CREDIT ONE FINANCIAL,<br><br>    Defendant. | Civil Action No. TDC-14-3834 |

## ORDER

On November 17, 2015, Plaintiff Wendy Hulburt filed a Notice of Voluntary Dismissal. ECF No. 9.  Defendant Credit One Financial has not filed an answer or a motion for summary judgment in this matter.  The Court having reviewed the Stipulation, it is hereby ORDERED that this action is dismissed with prejudice.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

The Clerk is directed to close this case.

Date:  November 18, 2015                                        /s/
                                                                                THEODORE D. CHUANG
                                                                                United States District Judge